AO 91 (Rev. 5/85) Criminal Complaint  AUSA Branka Cimesa (312) 353-6630

**FILED**
8/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| v. | CASE NUMBER: 25 CR 514 |
| MARICELA LOPEZ LOPEZ | |

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about March 14, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, MARICELA LOPEZ LOPEZ, defendant herein,

being an alien who previously had been deported and removed from the United States on or about July 22, 1998, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

I further state that I am a Special Agent with the Federal Bureau of Investigations and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

s/ *David Fitzpatrick*
DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: August 28, 2025

*Judge's signature*

City and state: Chicago, Illinois

DANIEL P. MCLAUGHLIN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT

I, DAVID FITZPATRICK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for more than 20 years. My current responsibilities include the investigation of federal criminal violations, including deportation violations and investigations involving criminal aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that MARICELA LOPEZ LOPEZ has violated 8 U.S.C. § 1326(a), reentry of a removed alien, by being present and found in the United States after having been deported. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LOPEZ LOPEZ with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that LOPEZ LOPEZ committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge; my training and experience; my review of records maintained by the FBI, the Department of Justice, Immigration and Customs Enforcement, other components of the Department of

Homeland Security, and other government agencies, and information provided to me by various law enforcement personnel and witnesses.

4. According to DHS records, LOPEZ LOPEZ is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence.

5. On or about July 22, 1998, LOPEZ LOPEZ was arrested by Customs and Border Protection for alien admissibility under Section 212 of the Immigration and Nationality Act. Following her arrest, LOPEZ LOPEZ was fingerprinted. The fingerprints taken were uploaded into NCIC and used to create LOPEZ LOPEZ's FBI Number, assigned as 957392HB8.

6. DHS records reflect that on or about July 22, 1998, LOPEZ LOPEZ was ordered removed from the United States by an Immigration Officer in Douglas, Arizona, and she was removed on or about July 22, 1998.

7. FBI Chicago retrieved a copy of LOPEZ LOPEZ's immigration form I-205 from the United States Citizenship and Immigration Service. The immigration form I-205 contains her A number and the fingerprint and photograph of defendant collected upon her July 22, 1998 removal.

8. DHS records reflect that defendant has not applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States.

9. On or about March 14, 2025, defendant was arrested by the Aurora Police Department for domestic violence, a misdemeanor. Following this arrest,

LOPEZ LOPEZ was again fingerprinted. The NCIC database indicated that the March 14, 2025 fingerprints matched with MARICELA LOPEZ LOPEZ's FBI Number, 957392HB8.

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about March 14, 2025, in Chicago, Illinois, in the Northern District of Illinois, Eastern Division, MARICELA LOPEZ LOPEZ being an alien last removed from the United States on or about July 22, 1998, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

s/ David Fitzpatrick
DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on August 28, 2025.

Daniel P. McLaughlin
United States Magistrate Judge